STUART E RAGAN, Esq. #6571
PO Box 1464
Puunene, HI 96793
Telephone: (808) 879-3352

Representing Plaintiffs Roderick Orquia and Shana Orquia

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2010

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RODERICK THOMAS ORQUIA AND SHANA-ANN YOSHIKO ORQUIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, AND DOE ENTITIES 1-10,<br><br>Defendant. | CIVIL ACTION CV10 00492 SOM BMK<br><br>COMPLAINT; SUMMONS |

## COMPLAINT

COMES NOW, Plaintiffs RODERICK THOMAS ORQUIA AND SHANA-ANN YOSHIKO ORQUIA (Hereinafter referred to as "Plaintiffs"), by and through their attorney Stuart E. Ragan, moves this Court in accordance with 28 U.S.C. 1332 and 12 U.S.C. 2601 et seq. to rescind the unconscionable actions that BAC HOME LOANS SERVICING, LP and Defendants have perpetrated upon Plaintiffs more fully described below.

1. Plaintiffs RODERICK THOMAS ORQUIA AND SHANA-ANN YOSHIKO ORQUIA are, and at all times relevant Herein, were residents of the State of Hawaii, County of Maui.

2. Defendant BAC HOME LOANS SERVICING, LP is, and at all times relevant Herein, had its principle place of business in Texas.

3. The Court has jurisdiction over the lawsuit under 28 U.S.C. 1332 because where the Plaintiffs is a citizen and the Defendant's principal place of business are different states and the amount in controversy exceeds $75,000.00, excluding interest and costs.

4. DEFENDANT JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, AND DOE ENTITIES 1-10, are being sued herein under fictitious names as they are persons or entities whose identities and names are unknown to Plaintiffs, in spite of Plaintiffs' due diligence and attempts to determine said Doe Defendant's identities, names and involvement in the conduct of the Defendant and are therefore named herein as persons and or entities who were at any time relevant to the allegations in this Complaint, partners, principals, agents, coconspirators, joint tortfeasors, sureties, guarantors, and/or attorneys at law for or with the Defendant herein. Plaintiffs seeks leave to amend this Complaint at such time when identities of said DEFENDANT become known to Plaintiffs in order to identify and join said Doe DEFENDANT to this action.

## COUNT I

5. Plaintiffs hereby revere and incorporate by reference numbers 1-5 in the above referenced petition.

6. Plaintiffs signed a mortgage agreement in 2007 with BAC HOME LOANS SERVICING, LP

7. Plaintiffs were never provided a copy of said agreement and in accordance with 12 U.S.C. 2601 they have never been provided with notification of changes and transfers of said note on the above referenced property.

8. Due to the actions of Defendants Plaintiffs have been ruined financially and seek a rescission of the original contract.

## COUNT II

9. Plaintiffs hereby revere and incorporate by reference numbers 1-5 in the above referenced petition.

10. Defendant has charged the Plaintiffs exorbitant rates for unnecessary insurance as the property does not qualify as a risk area.

11. This unconscionable by any standard and certainly shocks the conscious of any reasonable person.

12. Plaintiffs ask for a refund and credit of this unconscionable and usurious rate of insurance.

WHEREFORE Plaintiffs prays for the above referenced relief and attorneys fees and costs including but not limited to rescission of the mortgage contract punitive damages for unconscionable acts and whatever relief the Court may deem appropriate.

DATED: Wailuku, HI; August 18, 2010

_____
STUART E. RAGAN, ESQ.
Attorney for Plaintiffs

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

RODERICK THOMAS ORQUIA AND SHANA-ANN YOSHIKO ORQUIA,
    Plaintiffs,
vs.

BAC HOME LOANS SERVICING, LP, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, AND DOE ENTITIES 1-10
    Defendant.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAC HOME LOANS SERVICING, LP

    Agent name:    The Corporation Company, INC.
    Agent Address: 900 Fort St. Mall, Ste. 1800
                       Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    STUART E. RAGAN, Esq.
    PO Box 1464
    Puunene, HI 96784

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: AUG 2 4 2010

*Signature of Clerk or Deputy Clerk*