ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2013

at 5 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

STUART E. RAGAN, Esq. #6571
PO Box 1464
Puunene, HI 96793
Telephone: (808) 879-3352

Representing Plaintiffs Roderick Thomas Orquia & Shana-Ann Yoshiko Orquia

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RODERICK THOMAS ORQUIA AND SHANA-ANN YOSHIKO ORQUIA, <br> Plaintiffs, <br><br> vs. <br><br> BAC HOME LOANS SERVICING, LP; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, <br> Defendants. | CIVIL ACTION NO. 10-00492 JMS BMK <br><br> STIPULATION FOR DISMISSAL |

LODGED

JAN 14 2013 10:35 am

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiffs' COMPLAINT filed August 24, 2010 is hereby DISMISSED WITH PREJUDICE.

2. Each party shall bear its own attorney's fees, expenses, and costs.

AGREED AND SO STIPULATED

DATED: HONOLULU, HAWAII;  JAN 11 2013

_____
ANDREW ODELL
ATTORNEY FOR DEFENDANT

DATED: NAPIER, NEW ZEALAND ; JANUARY __3__, 2013

_____
STUART E. RAGAN
ATTORNEY FOR PLAINTIFF

~~APPROVED AS TO FORM~~

DATED: HONOLULU, HAWAII; JANUARY _____, 2013.

_____
HONORABLE JUDGE J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT COURT